# Court of Appeals
# of the State of Georgia

ATLANTA, February 21, 2013

*The Court of Appeals hereby passes the following order:*

**A13A1058. JAMES GLENN JONES v. THE STATE.**

In 2009, James Glenn Jones pled guilty to aggravated assault and was given an eight-year sentence, to run concurrently with a federal sentence. In 2012, Jones filed a motion to modify his state sentence, arguing that because the federal court subsequently entered a sentence to run consecutively to the state sentence, the state sentence needed to be suspended. By order entered March 27, 2012, the trial court denied the motion. On October 17, 2012, Jones filed a notice of appeal to this Court. We, however, lack jurisdiction.

Assuming, without deciding, that Jones had a right of appeal from the March 2012 order, his appeal is untimely. A notice of appeal must be filed within 30 days after entry of an appealable order. OCGA § 5-6-38 (a). The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court. *Rocha v. State*, 287 Ga. App. 446 (1) (a) (651 SE2d 781) (2007). Because Jones's notice of appeal was filed more than 30 days after entry of the order he wishes to appeal, it is untimely. This appeal is therefore DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 02/21/2013
*I certify that the above is a true extract from*
the minutes of the Court of Appeals of Georgia.
*Witness my signature and the seal of said court*
hereto affixed the day and year last above written.



, Clerk.